U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 1 2 2013

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 12-CR-00146 |
| VERSUS | JUDGE FOOTE |
| RICHARD JOSEPH BUSWELL(07) | MAGISTRATE JUDGE HANNA |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, no objections having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Richard Joseph Buswell(07), and adjudges him guilty of the offense charged in Count One of the Superseding Indictment.

IT IS FURTHER ORDERED that this matter will be set for sentencing, at the court's earliest, available setting.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 12th day of August, 2013.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE